# SCARINCI HOLLENBECK

Lyndhurst | Freehold | New York

CHRISTINE M. VANEK, Attorney
cvanek@scarincihollenbeck.com

June 11, 2008

RECEIVED
JUN 1 6 2008
AT 8:30_____
WILLIAM T. WALSH, CLERK

**VIA ELECTRONIC FILING**
Honorable Michael A. Shipp, U.S.M.J.
United States District Court
District of New Jersey
Martin Luther King, Jr. Building & Courthouse
50 Walnut Street
Newark, New Jersey 07102

      Re:    **George v. Cedar Grove Police Department, et al**
               **Docket No.: 06-cv-6284**
               **Our File No.: 8870.6600**

Dear Judge Shipp:

      Our office represents the Cedar Grove Police Department, Township of Cedar Grove Police Chief Jeffrey A. Rowe, Captain Richard Vanderstreet, Police Sergeant Kenneth J. Clark, Police Lieutenant Robert Kattas, Police Edward Conlon, Jr., and Police Officer Michael Grasso in the above-referenced matter.

      On May 7, 2008, Your Honor entered an Order setting forth a discovery deadline of July 31, 2008. Additionally, certain dates for depositions were set forth in the Order including but not limited to Officer Clark.

      Presently, the deposition of Officer Clark is scheduled for June 18, 2008 at 10:00 a.m. at the offices of Scarinci Hollenbeck. Two of the defense counsel in this matter who must participate in the deposition, have a conflict. With the consent of Plaintiffs' counsel, the deposition of Officer Clark will occur on June 23, 2008 at 10:00 a.m. at the offices of Scarinci Hollenbeck and the deposition of Officer Grasso will take place on June 25, 2008 at the offices of Scarinci Hollenbeck. Given the fact that all parties have consented to the scheduling adjustment of the depositions of Officer Clark and Grasso, we respectfully request Your Honor consider this letter as a modification of the May 7, 2008 Order as if originally scheduled as set forth above. If Your Honor requests and/or requires a subsequent Order setting forth the new schedule for the depositions of Officer Clark and Grasso, we will forward a form of Order to you.

June 11, 2008
Page 2

We appreciate Your Honor's kind attention in consideration to this matter.

Respectfully submitted,

*/s/Christine M. Vanek*

CHRISTINE M. VANEK
For the Firm

CMV/TAS/sm
cc: Michael Werner, Esq.
 Joseph Spinella, Esq.
 Al Buglione, Esq.

So Ordered this 16th day of June, 2008

{00383447.DOC}  SCARINCI HOLLENBECK