UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | : | |
|---|---|---|
| **GEORGE, ET AL.,** | : | |
| | : | Civil Action No. 06-6284 (SRC) |
| Plaintiffs, | : | |
| | : | |
| v. | : | <u>ORDER</u> |
| | : | |
| **CEDAR GROVE POLICE DEPT., ET AL.,** | : | |
| | : | |
| Defendants. | : | |

      This matter comes before the Court on Plaintiffs' Motion to Seal. (Doc. No. 94.) The Court has carefully reviewed and considered the pleadings and finds that the within application does not satisfy the standard set forth in Local Civil Rule 5.3 (c)(2). Namely, the motion papers do not convince the Court that a clearly defined and serious injury would result if the relief sought is not granted. Plaintiffs' counsel understandably seeks to protect the inappropriate behavior of his client from disclosure. However, the Court does not find that a clearly defined and serious injury would result from such disclosure. Based on the foregoing, and for good cause shown,

      **IT IS** on this **7**$^{th}$ day of **May 2010**,

      **ORDERED** that Plaintiff's Motion to Seal is denied without prejudice.


                                                s/ Michael A. Shipp
                                          **HONORABLE MICHAEL A. SHIPP**
                                          **UNITED STATES MAGISTRATE JUDGE**