# SCARINCI HOLLENBECK

Lyndhurst  |  Freehold  |  New York

ANTHONY P. SEIJAS, Attorney
aseijas@scarincihollenbeck.com
Direct Phone: 201-806-3408

August 16, 2010

**VIA ELECTRONIC FILING**
Honorable Michael A. Shipp, US Magistrate Judge
U.S. District Court for the District of New Jersey
Martin Luther King Building and U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

Re:    **George v. Cedar Grove Police Department, et al**
        **Docket No.: 06-cv-6284; Fund No.: 0529**
        **Our File No.: 8870.6600**

Dear Judge Shipp:

This office represents the interests of Defendants, Cedar Grove Police Department, Township of Cedar Grove, Police Chief Jeffrey A. Rowe, Captain Fnu Vanderstreet, Police Sergeant Kenneth J. Clark, Police Lieutenant Robert Kattas and Police Officer Michael Grasso. This office is preparing a Brief in support of its Motion to Dismiss Plaintiff's Complaint pursuant to Fed. Rule 11. This letter is written for purposes of requesting leave to file an overlength brief. L.Civ.R. 7.2 provides for a forty (40) page limit with regard to initial briefs. It is respectfully submitted, however, that the Defendants be permitted to file a sixty-five (65) page brief (exclusive of Table of Contents, and Table of Authorities) in support of their motion.

This case involves a multitude of issues regarding public employees and entities. The Plaintiff filed an eighteen (18) count complaint. This office represents the vast majority of defendants in this case. Therefore, a longer brief is necessary to address all of the issues revised by the Plaintiff on behalf of all of our clients. For all of the foregoing reasons, it is respectfully submitted that Defendants be permitted to file an overlength brief no more than sixty-five pages (65) in length with regard to this matter.

{00584073.DOC}

August 16, 2010
Page 2


Thank you for your consideration of the foregoing.

Respectfully submitted,

*s/ Anthony P. Seijas*

ANTHONY P. SEIJAS
For the Firm

APS/KJD/jlr
cc: Joseph A. Spinella, Esq. – via electronic filing only
    Angelo Bianchi, Esq.  – via electronic filing only
    Albert Buglione, Esq. – via electronic filing only

SO ORDERED:
STANLEY R. CHESLER, U.S.D.J.