WEBER GALLAGHER SIMPSON
STAPLETON FIRES & NEWBY LLP
430 Mountain Avenue, 4th Floor
Murray Hill, New Jersey 07974
(973) 242-1364
*Attorney for Defendants*
*Cedar Grove Police Department and Township of Cedar Groves*

UNITED STATES DISTRICT COURT<br>DISTRICT OF NEW JERSEY

| | |
|---|---|
| JAMES R. GEORGE, individually and CHERYL GEORGE, his wife, and JAMES R. GEORGE, as Guardian ad Litem for RONALD GEORGE, a minor, and NICOLE GEORGE, a minor,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>CEDAR GROVE POLICE DEPARTMENT, TOWNSHIP OF CEDAR GROVE; POLICE CHIEF JEFFREY A. ROWE, individually and in his official capacity; CAPTAIN FNU VANDERSTREET, individually and in his official capacity; POLICE SERGEANT KENNETH J. CLARK, individually and in his official capacity; POLICE LIEUTENANT, ROBERT KATTAS, individually and in his official capacity; POLICE OFFICER RICHARD MACALUSO, individually and in his official capacity; POLICE OFFICER EDWARD CONLON, JR., individually and in his official capacity; POLICE OFFICER MICHAEL GRASSO, individually and in his official capacity; JOHN DOES (1-10), and JANE DOES (1-10), (individuals whose identities are as yet unknown), individually and in their official capacities,<br><br>　　　　　　　Defendants | Case No.: 2:06cv06284-SRC<br><br><br>**SUBSTITUTION OF ATTORNEY** |

The undersigned hereby consents to the substitution of WEBER GALLAGHER SIMPSON STAPLETON FIRES & NEWBY, LLP, 430 Mountain Avenue, Murray Hill, NJ 07974-2761, as attorneys for the Defendants Cedar Grove Police Department and Township of Cedar Grove in the above captioned matter.

| | |
|---|---|
| SCARINCI & HOLLENBECK, LLC<br>1100 Valley Brook Avenue<br>Lyndhurst, New Jersey 07071 | WEBER GALLAGHER SIMPSON<br>STAPLETON FIRES & NEWBY, LLP |
| By: _____<br>ANDREW L. INDECK<br>Withdrawing Attorney | By: _____<br>ANDREW L. INDECK<br>Superseding Attorney |
| Dated: October 6, 2010 | Dated: October 6, 2010 |